UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRY BOWLING,

    Plaintiff,

v.

WELLPATH INC., CORIZON
HEALTH INC., KIM FARRIS,
JULIANA MARTINO, and JOHN
DOE 1-4,

    Defendants.

Case No. 2:22-cv-11897
District Judge Denise Page Hood
Magistrate Judge Kimberly G. Altman

_____/

## ORDER CONDITIONALLY GRANTING PLAINTIFF'S MOTION FOR THE APPOINTNMENT OF COUNSEL (ECF No. 58) AND STAYING PROCEEDINGS FOR 60 DAYS

    This is a civil rights case under 42 U.S.C. § 1983. On August 15, 2022, plaintiff Terry Bowling (Bowling) is proceeding *pro se*. Under 28 U.S.C. § 636(b)(1), all pretrial matters have been referred to the undersigned. (ECF No. 21). Before the Court is Bowling's motion for appointment of counsel. (ECF No. 58).

1

Following initial dispositive motions, Bowling's claims remain against Kim Farris, Juliana Martino, and Corizon.[1] For the reasons stated in Bowling's motion, the Court has determined that he will benefit from the assistance of counsel and also that the appointment of counsel is appropriate at this stage of the case. Accordingly, Bowling's motion for appointment of counsel, (ECF No. 58), is CONDITIONALLY GRANTED. IT IS ORDERED that this matter is referred to the Court's *pro bono* program for the appointment of counsel.

IT IS FURTHER ORDERED that proceedings in this case are STAYED for a period of 60 days, while the Court attempts to obtain *pro bono* counsel for Bowling. If *pro bono* counsel is not obtained within 60 days, the stay will be lifted, and Bowling will have to continue to proceed *pro se*. **During the stay, no motions shall be filed**.

SO ORDERED.

Dated: January 24, 2024　　　　　　　　　　s/Kimberly G. Altman
Detroit, Michigan　　　　　　　　　　　　　KIMBERLY G. ALTMAN
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge


### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of

---

[1] Proceedings against Corizon have been administratively stayed due to its bankruptcy filing.

Electronic Filing on January 24, 2024.

s/Carolyn Ciesla<br>
CAROLYN CIESLA<br>
Case Manager